# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2016

## NO. 03-16-00486-CV

**American Phoenix Foundation, Appellant**

**v.**

**Steve Bresnen, Appellee**

## APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PEMBERTON

This is an appeal from the order signed by the district court on June 17, 2016. Having reviewed the record, the Court holds that appellant has not prosecuted its appeal by failing to pay or make arrangements to pay for the clerk's record and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.